IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR LEVY COUNTY, FLORIDA

THOMAS ARWOOD and
BETTY ARWOOD,
his wife,

CASE NO.: 38-2013-CA-000999

    Plaintiffs,

v.

CYPRESS HEALTH SYSTEMS, FLORIDA, INC.,
a Florida For Profit Corporation, d/b/a TRI-COUNTY HOSPITAL,
WILLISTON, TRI-COUNTY HOSPITAL, WILLISTON,
LLC, DR. RICHARD MARTIN, M.D., PHYSICIAN'S
ASSISTANT JOHN COLEMAN,

    Defendants,
_____/

## DEFENDANT TRI-COUNTY HOSPTIAL's
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendant, Cypress Health Systems, Inc. d/b/a Tri-County Hospital (hereinafter "Tri-County Hospital"), by and through its undersigned counsel, and pursuant to the Florida Rules of Civil Procedure and files this its Motion to Dismiss Plaintiff's Amended Complaint. As grounds therefore Tri-County Hospital states as follows:

1. Count I of Plaintiff's Amended Complaint should be dismissed for failure to state a cause of action upon which relief can be granted. Specifically, Plaintiff fails to allege the existence of a legal duty owed by Defendant Tri-County Hospital, and Plaintiff therefore fails to allege a breach of any such duty. Count I of Plaintiff's Amended Complaint is entitled "Medical Mal Practice" yet it fails to identify an applicable professional standard of care. Defendant Tri County Hospital is entitled to know what legal duty Plaintiff is alleging that it owed to Plaintiff and how it breached such alleged duty so that it can properly formulate an appropriate response.

2. Count I of Plaintiff's Amended Complaint should be dismissed for lack of pleading with the specificity required by the Rules of Civil Procedure. Plaintiff's purported claim for "medical malpractice" fails to identify by name or by position any individual health care provider who rendered treatment to Plaintiff. Plaintiff alleges that Tri-County Hospital failed to

do certain things for Plaintiff, yet the allegations do not identify any agents of the hospital corporation or any duty applicable to such individual agents.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided via e-service to Beth Gordon, Esq., The Gordon Law Firm, 113 East Noble Avenue, P.O. Box 734, Williston, FL 32696,( thegordonlawfirm@aol.com), and John M. Bringardner, Esq., Lewis, Brisbois, Bisgaard & Smith LLP, 3812 Coconut Palm Drive, Suite 200, Tampa, FL 33619, (bringardner@lbbslaw.com , maria.paris@lewisbrisbois.com),on this _13_ day of March, 2014.

McCUMBER, DANIELS,
BUNTZ, HARTIG & PUIG, P.A.

DEREK M. DANIELS
Florida Bar No. 060836
204 South Hoover Blvd., Suite 130
Tampa, Florida 33609-2521
(813) 287-2822 – Telephone
(813) 287-2833 – Facsimile
ddaniels@mccumberdaniels.com
mfarey@mccumberdaniels.com
eservice@mccumberdaniels.com